FILED
CLERK, U.S. DISTRICT COURT
9/16/2021
CENTRAL DISTRICT OF CALIFORNIA
BY: Valencia Munro DEPUTY

LODGED
CLERK, U.S. DISTRICT COURT
9/16/2021
CENTRAL DISTRICT OF CALIFORNIA
BY: JB  DEPUTY

# UNITED STATES DISTRICT COURT

for the

Central District of California

| | |
|---|---|
| United States of America<br><br>v.<br><br>JUAN CARLOS SOTELO,<br>aka "Alex Sotelo," "Juan Sotelo,"<br><br>Defendant. | Case No.  2:21-mj-04295-DUTY |

## CRIMINAL COMPLAINT BY TELEPHONE
## OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of September 10, 2020, in the county of Los Angeles in the Central District of California, the defendant violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. §§ 1326(a), (b)(1) | Illegal Alien Found in the United States Following Deportation, With Prior Felony Conviction |

This criminal complaint is based on these facts:

*Please see attached affidavit.*

☒ Continued on the attached sheet.

/s/ Carlos Ayala
Complainant's signature

Carlos Ayala, Deportation Officer
Printed name and title

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date:   9/16/21

City and state:  Los Angeles, California

[Judge's signature]
Judge's signature

CHARLES F. EICK, U.S. MAGISTRATE JUDGE
Printed name and title

SAUSA Nevarez (213) 894-7413

**AFFIDAVIT**

I, Carlos G. Ayala, being duly sworn, declare and state as follows:

## I. PURPOSE OF AFFIDAVIT

1. This affidavit is made in support of a criminal complaint and arrest warrant against JUAN CARLOS SOTELO, also known as "Alex Sotelo," and "Juan Sotelo" ("SOTELO"), charging him with violating Title 8, United States Code, Sections 1326(a) and (b)(1), Illegal Alien Found in the United States Following Deportation.

2. The facts set forth in this affidavit are based upon my personal observations, my training and experience, and information obtained from other law enforcement agents and witnesses. This affidavit is intended to show that there is probable cause for the requested complaint and arrest warrant, and does not purport to set forth all of my knowledge of, or investigation into, this matter. Unless specifically indicated otherwise, all conversations and statements described in this affidavit are related in substance and in part only.

## II. BACKGROUND OF DEPORTATION OFFICER CARLOS G. AYALA

3. I am a Deportation Officer ("DO") with the United States Department of Homeland Security ("DHS"), Immigration and Customs Enforcement ("ICE"). I have been a DO with ICE, formerly known as the Immigration and Naturalization Service ("INS"), since September 2015. I am currently assigned to the Los Angeles Enforcement and Removal Operations ("ERO") field

office. Prior to working for ICE as a DO, I worked as an Immigration Enforcement Agent with ICE since September 2005.

### III. STATEMENT OF PROBABLE CAUSE

4. On or about September 10, 2020, the ICE Pacific Enforcement Response Center ("PERC") received an electric notification based on biometric fingerprint information that SOTELO was arrested and in the custody of the Los Angeles Police Department ("LAPD") in Los Angeles, California. On or about that same day, a DHS Immigration Detainer was lodged with LAPD. On or about September 14, 2020, SOTELO was released from LAPD custody.

5. Based on my training and experience, I know that a DHS "A-File" is a file in which immigration records are maintained for aliens admitted to or found in the United States. I also know that a DHS A-File usually contains photographs, fingerprints, court records of conviction, and records relating to deportation or other actions by INS or DHS with respect to the subject alien for whom the DHS A-File is maintained.

6. On April 8, 2021, I obtained and reviewed DHS A-File A095-760-020, which is maintained for the subject alien "JUAN CARLOS SOTELO." The A-File contained the following documents and information:

   a. Photographs of the subject alien to whom DHS A-File A095-760-020 corresponds. I compared the photographs in the A-File to photographs taken at the time of SOTELO's booking into LAPD custody on or about September 9, 2020, while in LAPD

custody. I thus determined that DHS A-File A095-760-020 and its contents correspond to SOTELO.

        b.    Three executed Warrants of Removal/Deportation (Form I-205) indicating that SOTELO was officially removed or deported from the United States on or about September 24, 2009, June 28, 2018, and June 19, 2019. I know from my training and experience that a Warrant of Removal/Deportation is executed each time a subject alien is removed and excluded from the United States by ICE (and its predecessor agency, INS) and usually contains the subject's photograph, signature, and fingerprint. All executed Warrants of Removal/Deportation in SOTELO's DHS A-File contain a photograph, a signature, and fingerprint.

        c.    A certified conviction record showing that SOTELO was convicted on or about December 17, 2008, under the name "Juan Carlos Sotelo," of one count of Unlawful Driving or Taking of a Vehicle, in violation of California Vehicle Code Section 10851(a), and one count of Possession of Firearm with Prior Conviction, in violation of California Penal Code Section 12021(C)(1), in the Superior Court of the State of California, County of Los Angeles, Case Number BA349874, for which SOTELO was sentenced to 16 months' imprisonment on both counts, to run concurrently.

        d.    Various documents, in addition to the Warrants of Removal/Deportation, indicating that SOTELO is a native and citizen of Mexico. These documents include: (i) one Order of an Immigration Judge, dated September 23, 2009, ordering SOTELO

3

removed to Mexico; and (ii) one Record of Sworn Statement, dated June 19, 2019, which states that SOTELO is a native and citizen of Mexico.

7. On or about April 8, 2021, I reviewed the printouts of the Interstate Identification Index ("III"). Based on my training and experience, I know that the III database tracks and records arrests and convictions of individuals according to an individual's State Identification number or Federal Bureau of Investigation number. The III printouts confirmed that SOTELO had been convicted of the crimes reflected on the documents contained in SOTELO's DHS A-File, described above.

8. On or about April 8, 2021, I reviewed the printouts of ICE computer indices on SOTELO. Based on my training and experience, I know that the ICE computer indices track and document each time an alien is removed or excluded from the United States by ICE, or deported by the former INS, or is granted permission to enter or re-enter the United States. The ICE computer indices confirmed that SOTELO had been removed and deported on the dates indicated on the Warrants of Removal/Deportation found in SOTELO's DHS A-File and described above. The ICE computer indices further indicated that SOTELO had not applied for, or obtained from the Attorney General or the Secretary of Homeland Security, permission to re-enter the United States legally since SOTELO had last been deported.

9. Based on my review of SOTELO's DHS A-File, I determined that his A-File does not contain any record of his ever applying for, or receiving from the Attorney General or the

4

Secretary of Homeland Security, permission to legally re-enter the United States. Based on my training and experience, I know that such documentation is required to re-enter the United States legally after deportation, and that if such documentation existed, it would ordinarily be found in SOTELO's DHS A-File.

## IV. CONCLUSION

10. For all the reasons described above, there is probable cause to believe that JUAN CARLOS SOTELO has violated Title 8, United States Code, Sections 1326(a) and (b)(1), Illegal Alien Found in the United States Following Deportation.

Attested to by the applicant in
accordance with the requirements
of Fed. R. Crim. P. 4.1 by
telephone on this  16th  day of
September, 2021.

_____
UNITED STATES MAGISTRATE JUDGE